IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DUNCAN J. McNEIL, III                                              PLAINTIFF

v.                           Case No. 06-2013

UNITED STATES OF AMERICA, and Its
Officers and Agencies; ALL KNOWN OR
UNKNOWN JUDGMENT DEBTORS WITH PROPERTY
IN THIS DISTRICT, fictitiously named as
Doe 1 to Doe 500                                                   DEFENDANTS

## **ORDER**

Now on this 27th day of March 2006, there comes on for consideration the report and recommendation filed herein on January 31, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). On February 15, 2006, the Court granted Plaintiff's request for an extension of time allowing him until March 15, 2006, to file his objections to the report and recommendation. (Doc. 6). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's application to proceed *in forma pauperis* (IFP) status is DENIED under the three-strikes provision of 28 U.S.C. § 1915(g). Further, Plaintiff's claims are DISMISSED WITH PREJUDICE on the grounds they are frivolous and fail to state claims upon which relief may be granted. Finally, the United States District Court Clerk is directed to collect the $250 filing fee pursuant to the Prison Litigation Reform Act.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge