IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DUNCAN J. MCNEIL, III  PLAINTIFF

V.  CIVIL NO. 06-2013

UNITED STATES OF AMERICA, ET AL.  DEFENDANTS

## CLERK'S ORDER

TO: SHERIFF
SPOKANE COUNTY JAIL
1100 WEST MALLON
SPOKANE, WA 99260-0320

On March 27, 2006, the Court entered an Order directing the United States District Clerk to collect the filing fee of $250.00, pursuant to 28 U.S.C. 1915 as amended by the Prison Litigation Reform Act.

After reviewing the petitioner's Application to Proceed *In Forma Pauperis* it is determined that the petitioner does not have funds to pay an initial partial filing fee. However, the petitioner is required to make monthly payments of 20 percent of the preceding month's income credited to the petitioner's prisoner account until the filing fee is paid in full, pursuant to 28 U.S.C. 1915(b)(2).

IT IS THEREFORE ORDERED that the Sheriff, Spokane County Jail, and all future custodians, shall collect the $250.00 filing fee by collecting monthly payments from the petitioner's prisoner account an amount equal to 20 percent of the preceding month's income credited to the petitioner's prisoner account. These funds should be collected and paid to the Clerk, U. S. District Court, each time the amount in the petitioner's prisoner account exceeds $10.00, until the filing fee is paid in full. Payments may be consolidated with other petitioner's payments and transmitted by one check with a listing of the

petitioner's names and case numbers for which the composite check is made, with payments made no less frequently than monthly. These payments should be made payable to:

        Clerk, U. S. District Court
        P. O. Box 1547
        Fort Smith, Arkansas 72902
        Attn: Gina Rhodes

Dated this 30th day of March, 2006.

        /s/    Patricia Ann Smith
        FINANCIAL DEPUTY